UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------------x
MIREL HASENFELD, individually and on behalf of all
others similarly situated,

                                      Plaintiff,

-v.-

RADIUS GLOBAL SOLUTIONS LLC,

                                      Defendant,
-----------------------------------------------------------------------x

Civil Action No:
3:24-cv-11497

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: May 6, 2025

Respectfully Submitted,

*/s/Joshua Cohen*
Joshua Cohen
**Stein Saks, PLLC**
One University Plaza, Suite 620
Hackensack, NJ 07601
jcohen@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

It is so ordered this 7th day of May, 2025

*Georgette Castner*
Georgette Castner, U.S.D.J.